# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWN BEVERS,

        Plaintiff,

vs.

D.R. HORTON, INC., *et al.,*

        Defendants.

Case No. 2:09-cv-02015-RLH-PAL

**ORDER**

     Before the court is Plaintiff's Motion to Continue Settlement Conference (Dkt. #90). The court has considered the motion and Defendants' response (Dkt. #91). Counsel for Plaintiff requests that the court vacate the currently scheduled January 19, 2011 settlement conference due to a scheduling conflict with a pre-planned vacation. Plaintiff requests that the settlement conference be rescheduled to a date after February 1, 2011. Defendants do not oppose the request to vacate the settlement conference, which is actually set for January 27, 2011. However, because the parties are awaiting decision on a fully-briefed motion for summary judgment, and counter motion for summary judgment, Defendants request that the court reschedule a settlement conference after a decision on these motions.

     In a Minute Order (Dkt. #74) entered September 9, 2010, the district judge referred this matter to the undersigned to conduct a settlement conference at the close of discovery, which was October 11, 2010. Because of the number of settlement conferences the court conducts, if the matter is not re-set for settlement conference now, the court's schedule is unlikely to be open for a settlement conference for at least ninety days from decision of dispositive motions. Accordingly, the court will re-set the settlement conference. If the parties have not received a decision on the pending dispositive motions seven calendar days before the deadline for submitting confidential settlement memoranda, the parties may request that the settlement conference again be vacated and re-set.

**IT IS ORDERED** Plaintiff's Motion to Continue Settlement Conference (Dkt. #90) is **GRANTED**. The settlement conference is rescheduled for **February 11, 2011 at 9:30 a.m.** The confidential settlement statements are due in chambers by **4:00 p.m., February 4, 2011.** '

Dated this 30th day of November, 2010.

_____
Peggy A. Leen
United States Magistrate Judge